**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

[*Additional Counsel Appear on Signature Page*]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT FEDERMAN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>BANK OF AMERICA, NA, and BANK OF AMERICA CORP.,<br><br>*Defendants*. | Civil Action No. 14-00441 (MAS)(TJB)<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that plaintiff Scott Federman ("Plaintiff") will move before the Honorable Michael A. Shipp, U.S.D.J., at the United States District Court for the District of New Jersey Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, on November 2, 2015 for an Order:

1. Defining this action on a conditional basis as a collective action on behalf of a class of individuals (the "Collective Class") defined as follows: All individuals who are or have been employed by Bank of America, NA and/or Bank of America Corp. by means of an non-salaried (hourly wage) ESA or similar agreement with a third-party IT recruiting company (jointly, the "FLSA Collective Class Members" or the "FLSA Collective Class"), at any time during the period beginning February 28, 2011 through the date of the collective action notice herein;

2. Appointing Plaintiff as class representative;

3. Appointing Lite DePalma Greenberg, LLC and Donovan Axler, LLC as lead class counsel;

1

544749.1

4. Directing defendants Bank of America, NA and/or Bank of America Corp. to produce to Plaintiff a written printout of each Collective Class member's name, address, alternate address (if any), email address, last four digits of their social security number, telephone number and alternate telephone numbers (if any), in Defendants' possession, within 14 days of the Court's decision;

5. Approving the proposed notice and consent form filed herewith and authorizing Plaintiff and their Counsel to send it to all Collective Class members and to post the forms online, with links and identifying information, immediately upon receipt of the Court's decision;

6. Ordering Defendants to post the proposed notice and consent form in a conspicuous place in Defendants' facilities in New Jersey within seven days of the Court's decision; and

7. Ordering Defendants to refrain from engaging in communications or activities that may improperly influence, mislead or discourage putative plaintiffs from joining this action.

PLEASE TAKE FURTHER NOTICE, that in support of this motion, Plaintiff will rely upon Plaintiff's Memorandum in Support of Motion for Conditional Certification, filed herewith.

Dated: October 2, 2015

**LITE DEPALMA GREENBERG, LLC**

/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

**DONOVAN AXLER, LLC**
Michael D. Donovan (*pro hac vice*)
1055 Westlakes Drive, Suite 155
Berwyn, PA 19312
(610) 647-6067
mdonovan@donovanaxler.com

**TIMBY HUNT, LLC**
Tracy Paul Hunt
33 W. Court St.
Doylestown, PA 18901
(215) 230-7626
tph@timbyhunt.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bruce D. Greenberg, hereby certify that on this day, true and correct copies of the following documents were served on all counsel of record via the Court's ECF system:

- Notice of Motion;
- Plaintiff's Memorandum in Support of Motion for Conditional Certification; and
- Proposed Order.

Dated: October 2, 2015                                        */s/ Bruce D. Greenberg*
                                                                              Bruce D. Greenberg

544749.1