Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
pagoldstein@mcguirewoods.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------- x

|  |  |
|---|---|
| SCOTT FEDERMAN and JAMES LEONE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORP.,<br><br>Defendant. | : Case No. 3:14-cv-0441-MAS-TJB<br>:<br>:<br>: **DEFENDANT'S NOTICE**<br>: **OF PARTIAL MOTION**<br>: **TO DISMISS**<br>: **PLAINTIFF'S SECOND**<br>: **AMENDED COMPLAINT**<br>: **PURSUANT TO**<br>: **FED. R. CIV. P. 12(b) (6)**<br>:<br>: Motion Date:  December 7,<br>: 2015 |

-------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Declaration of Philip A. Goldstein, and upon all the pleadings and proceedings had herein, Defendants Bank of America, N.A. and Bank of America Corp. (together, "Defendants"), in lieu of filing an Answer to Count I of Plaintiffs' Second Amended Complaint, shall move the Court before the Honorable Michael A. Shipp at the Clarkson S. Fisher Federal Building and United States Courthouse, located at 402 East State Street, Room 2020, Trenton, New Jersey 08608-1507 on

December 7, 2015, or as soon thereafter as counsel may be heard, for an Order

pursuant to Fed. R. Civ. P. 12(b)(6) granting the motion of Defendants to dismiss

Count I of the Second Amended Complaint of Plaintiffs on the grounds that the

Count I fails to state claims on which relief can be granted, and for such other,

further or different relief as the Court deems just and proper.

Respectfully submitted,

Dated:  October 30, 2015                        McGuireWoods LLP
        New York, New York


By:_____/s/ Philip A. Goldstein
        Philip A. Goldstein
        McGuireWoods LLP
        1345 Avenue of the Americas, 7th
        Floor
        New York, New York 10105-0106
        (212) 548-2100
        (212) 548-2150 (fax)
        pagoldstein@mcguirewoods.com

        *Attorneys for Defendants*