**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

September 16, 2016

### LETTER ORDER

Re:   **Federman v. Bank of America, N.A.**
        **Civil Action No. 14-441 (MAS)**

Dear Counsel:

As discussed during today's telephone conference, to afford the parties an opportunity to explore settlement, electronic discovery and depositions of Plaintiffs are stayed. A telephone status conference is to be held on **November 21, 2016 at 2:00 p.m.** Plaintiff is directed to initiate the call. Parties are to disregard the minute entry entered today.

In the meantime, Plaintiff's motion to amend [Docket Entry No. 53] is administratively terminated.

The Clerk of the Court is directed to terminate Docket Entry No. 53.

**IT IS SO ORDERED.**

          /s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**