**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT FEDERMAN and JAMES LEONE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORP.<br><br>        Defendant. | Case No. 3:14-cv-00441 (MAS) (TJB) |

## STIPULATION AND NOTICE OF DISMISSAL OF DEFENDANT BANK OF AMERICA CORP.

  The parties, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(ii) of Federal Rules of Civil Procedure, to the dismissal, with prejudice, of Defendant Bank of America Corp. All parties shall bear their own costs and fees in connection with the dismissal of this Defendant. The parties note, however, that

682659.1

the claims pertaining to Defendant Bank of America, NA, are subject to a separate Settlement Agreement that will be presented to the Court for preliminary approval.

So stipulated and agreed this 19th day of May, 2017.

| | |
|---|---|
| *s/ Bruce D. Greenberg* | *s/ Philip A. Goldstein* |
| Bruce D. Greenberg | Philip A. Goldstein |
| **LITE DEPALMA GREENBERG, LLC** | **MCGUIREWOODS LLP** |
| 570 Broad Street, Suite 1201 | 1345 Avenue of the Americas |
| Newark, NJ 07102 | 7th Floor |
| Tel: (973) 623-3000 | New York, NY 10105-0106 |
| bgreenberg@litedepalma.com | Tel: (212) 548-2167 |
| | pagoldstein@mcguirewoods.com |
| **DONOVAN LITIGATION GROUP, LLC** | *Attorneys for Defendants Bank of America, NA, and Bank of America Corp.* |
| Michael D. Donavan, Esquire | |
| 15 St. Asaphs Road | |
| Bala Cynwyd, PA 19004 | |
| T: (610) 647-6067 | |
| F: (610) 647-7215 | |
| mdonovan@donovanlitigationgroup.com | |

**TIMBY HUNT, LLC**
Tracy Paul Hunt
33 W. Court St.
Doylestown, PA 18901
(215) 230-7626
tph@timbyhunt.com

*Attorneys for Plaintiffs*

So ORDERED this \_\_\_\_ day of _____, 2017.

_____
Tonianne J. Bongiovanni
United States Magistrate Judge