**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT FEDERMAN and JAMES LEONE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NA,<br><br>Defendant. | Case No. 3:14-cv-00441 (TJB) |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on November 30, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & US Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of an order finally approving a class and collective action settlement in this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely upon the accompanying Memorandum of Law and the Declaration of Bernella Osterlund Re: Notice Procedures (including exhibits) in support of this motion.

The Motion is unopposed by Defendant.

A proposed form of Order accompanies this Notice of Motion.

Dated:  October 30, 2017                    Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

/s/ Bruce D. Greenberg
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

Michael D. Donovan (*pro hac vice*)
DONOVAN LITIGATION GROUP, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 647-6067
mdonovan@donovanlitigationgroup.com

Tracy Paul Hunt
TIMBY HUNT, LLC
33 W. Court St.
Doylestown, PA 18901
(215) 230-7626
tph@timbyhunt.com

*Counsel for Plaintiffs and the Class*